

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | No. 08-19-00104-CR |
|  | § | ORIGINAL PROCEEDING |
| ERIC FLORES, | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |

### J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be dismissed for lack of jurisdiction. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.